MANUFACTURERS TRUST COMPANY, Appellant, *v.* WILLIAM B. STEINHARDT, Respondent.

(Submitted October 1, 1934; decided October 9, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 265 N. Y. 145.)

G. A. BAKER & Co., INC., Appellant and Respondent, *v.* POLYGRAPHIC COMPANY OF AMERICA, INC., Appellant, and NEW YORK GRAVURE CORPORATION, Respondent.

POLYGRAPHIC COMPANY OF AMERICA, INC., Appellant, *v.* G. A. BAKER & Co., INC., Respondent.

(Submitted October 1, 1934; decided October 9, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 265 N. Y. 447.)